■ MICHAEL RUCKER, Appellant, v MCDONALD's RESTAURANT OF NEW YORK, INC., et al., Respondents. (Appeal No. 2.) [913 NYS2d 594]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered May 26, 2009 in a personal injury action. The order, among other things, denied plaintiff's motion for judgment notwithstanding the verdict.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Kreiger v McDonald's Rest. of N.Y., Inc.* (79 AD3d 1827 [2010]). Present—Martoche, J.P., Fahey, Carni, Lindley and Sconiers, JJ.